IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | : | |
| | : | |
| vs. | : | CR-07-00104-003 |
| | : | |
| OLLIE OTIS REAVES a/k/a "Odie Reeves" | : | |

### PLEA

AND NOW, this 1st day of MAY, 2008, the above-captioned defendant hereby pleads NOT GUILTY to the Third Superseding Indictment.

_Ollie Otis Reaves_
Ollie Otis Reaves

FILED
HARRISBURG, PA

MAY 01 2008

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk