```
             IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA       :
         Plaintiff             :
                               :
                               :
         v.                    :
                               :
OLLIE OTIS REAVES,             : CRIMINAL NO. 1:CR-07-104-03
NATHAN REAVES, JR.,            : CRIMINAL NO. 1:CR-07-104-04
         Defendants            :
```

*O R D E R*

AND NOW, this 13th day of May, 2008, upon consideration of the motion of Nathan Reaves, Jr. to sever the charges in the indictment (doc. 251), it is Ordered that said motion is granted in part.

Trial of both defendants, scheduled for June 9, 2008, will proceed only on Count I.  Trial on Count II will be determined by further order.

                                   /s/William W. Caldwell
                                   William W. Caldwell
                                   United States District Judge