**FILED**
HARRISBURG, PA
JUN 12 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,       :
    Plaintiff
                              :

vs.                             :   CRIMINAL NO. 1:CR-07-104-03
                              :

OLLIE OTIS REAVES, a/k/a
"ODIE REEVES",                  :
    Defendant

## V E R D I C T

On the charge of conspiracy to distribute, or conspiracy to possess with intent to distribute, cocaine base ("crack cocaine") how do you find the defendant?

    __X__ Guilty

    _____ Not Guilty

If you find defendant, Ollie Otis Reaves, "guilty," please answer the following:

We find that the government proved beyond a reasonable doubt that the weight of the substance containing crack cocaine was:

    __X__ 50 grams or more

    _____ 5 grams or more but less than 50 grams

    _____ Less than 5 grams



                                                Foreperson

Date: June 12, 2008