NOTICE OF APPEAL
TO
U.S. COURT OF APPEALS, THIRD CIRCUIT

U.S. DISTRICT COURT: <u>MIDDLE DISTRICT OF PENNSYLVANIA, HARRISBURG, PA.</u>

| | |
|---|---|
| U.S. TAX COURT [ ] | CIRCUIT COURT DOCKET NO. _____ |
| | (Leave Blank) |

FULL CAPTION IN DISTRICT COURT AS FOLLOWS:

United States of America v. Ollie Otis Reaves

DOCKET NO.        1:07-CR-104-03

DISTRICT JUDGE:        William W. Caldwell

Notice is hereby given that Ollie Otis Reaves

appeals to the United States Court of Appeals for the Third Circuit from [X] Judgment

[ ] Order [ ] Other (Specify)

entered in this action on: May 27, 2009

DATED: May 28, 2009

Counsel for USA:

| | |
|---|---|
| Joseph J. Terz | Ollie Otis Reaves |
| U.S. Attorney's Office | 14139-067 |
| 228 Walnut St | Bayside State Prison |
| Harrisburg , PA 17108 | P.O. Box F-1 |
| 717- 221-4482 | Leesburg, NJ 08327 |
| Fax: 17172214493 | |
| Email: joseph.terz@usdoj.gov | |

NOTE: USE ADDITIONAL SHEETS if all appellants and/or all counsel for appellees cannot be listed on the notice of appeal sheet.