# NOTICE OF APPEAL TO
# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | Circuit Court Docket No._____ |
| v. | § § § | District Court Docket<br>No. 1:07 – CR – 00104 – WWC - 3 |
| OLLIE REAVES | § § § § | District Court Judge<br>William W. Caldwell |

    Notice is hereby given that Defendant Ollie Reaves appeals to the United States Court of Appeals for the Third Circuit From the Order denying his Motion to Vacate under 28 U.S.C. § 2255 and denying a certificate of appealability entered in this action on May 2, 2013.

Dated: June 22, 2013

                                    Respectfully submitted,

                                    */s/ Yvette M. Mastin*

                                    _____
                                    YVETTE M. MASTIN, Esq.
                                    MN State Bar No. 0306770
                                    D. of MN Fed. No. 306770
                                    S.D. of TX Fed. No. 369694
                                    440 Louisiana St., Suite 900
                                    Houston, TX 77002
                                    Telephone: (832) 251-3662
                                    mastinlaw@yahoo.com
                                    ATTORNEY FOR MOVANT
                                    OLLIE REAVES

## CERTIFICATE OF SERVICE

I, Yvette M. Mastin, certify that on June 22, 2013, a true and correct copy of the foregoing Notice of Appeal upon opposing counsel, Assistant United States Attorney Joseph J. Terz by email through the ECF court system to the Email provided by said Counsel.

/s/ Yvette M. Mastin
_____
Yvette M. Mastin