CLD-376 August 8, 2013
## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

C.A. No. **13-3027**

UNITED STATES OF AMERICA

v.

OLLIE OTIS REAVES, a/k/a Odie Reaves,
Ollie Reaves,
Appellant

(M.D. Pa. 1-07-cr-00104-003)

Present: RENDELL, JORDAN and SHWARTZ, Circuit Judges

Submitted is Appellant's request for a certificate of appealability under 28 U.S.C. § 2253(c)(1) in the above-captioned case.

Respectfully,

Clerk

MMW/PJM/slc

_____ORDER_____

The request for a certificate of appealability is denied. For substantially the reasons given by the District Court, Appellant has failed to show that jurists of reason would debate whether his claims of ineffective assistance of counsel are meritorious. Strickland v. Washington, 466 U.S. 668, 688, 694 (1984); Miller-El v. Cockrell, 537 U.S. 322, 336 (2003); 28 U.S.C. § 2253(c)(2).

By the Court,

/s/Patty Shwartz
Circuit Judge

Dated: August 27, 2013
SLC/cc: Yvette M. Mastin
Joseph J. Terz

A True Copy

*Marcia M. Waldron*

Marcia M. Waldron, Clerk
Certified order issued in lieu of mandate.

OFFICE OF THE CLERK

**MARCIA M. WALDRON**

**CLERK**

U<small>NITED</small> S<small>TATES</small> C<small>OURT OF</small> A<small>PPEALS</small>
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



August 27, 2013

Daryl F. Bloom, Esq.
Office of United States Attorney
228 Walnut Street, P.O. Box 11754220 Federal Building and Courthouse
HarrisburgPA17108-0000

Yvette M. Mastin, Esq.
Suite 900
440 Louisiana Street
HoustonTX77002

Joseph J. Terz, Esq.
Office of United States Attorney
228 Walnut Street, P.O. Box 11754220 Federal Building and Courthouse
HarrisburgPA17108-0000

RE: USA v. Ollie Reaves
Case Number: 13-3027
District Case Number: 1-07-cr-00104-003

ENTRY OF JUDGMENT

Today, **August 27, 2013** the Court issued a case dispositive order in the above-captioned matter which serves as this Court's judgment. Fed. R. App. P. 36.

If you wish to seek review of the Court's decision, you may file a petition for rehearing. The procedures for filing a petition for rehearing are set forth in Fed. R. App. P. 35 and 40, 3rd Cir. LAR 35 and 40, and summarized below.

Time for Filing:
14 days after entry of judgment
45 days after entry of judgment in a civil case if the United States is a party

Page Limits:
15 pages
Attachments:
A copy of the panel's dispositive order only. No other attachments are permitted without first obtaining leave from the Court.

Unless the petition specifies that the petition seeks only panel rehearing, the petition will be construed as requesting both panel and en banc rehearing. If separate petitions for panel rehearing and rehearing en banc are submitted, they will be treated as a single document and will be subject to a combined 15 page limit. If only panel rehearing is sought, the Court's rules do not provide for the subsequent filing of a petition for rehearing en banc in the event that the petition seeking only panel rehearing is denied.

Please consult the Rules of the Supreme Court of the United States regarding the timing and requirements for filing a petition for writ of certiorari.

Very truly yours,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

By: Case Manager / slc
267-299-4959

SLC/cc:      Mary Eileen D'Andrea