UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :
:
: CRIMINAL NO. 1:07-CR-00104-3
v. :
:
OLLIE OTIS REAVES, :
    Defendant :

*O R D E R*

AND NOW, this 23rd day of January, 2018, upon consideration of Defendant Ollie Otis Reaves's pro se motion (Doc. 470) for relief from judgment under Federal Rule of Civil Procedure 60(b)(6), and in accord with our accompanying memorandum, it is hereby ORDERED that the motion is DENIED.

                                                /s/ William W. Caldwell
                                                William W. Caldwell
                                                United States District Judge